UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TRAVIS ARMES, GREGORY LEE ADKISSON, JEREMIAH NORMAN, GARY MITCHEL DAVIS, and TRAVIS L. CONLON, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL WREN, Deputy for the Morgan County, Tennessee Sheriff's Department, ROBERT GIBSON, Sheriff of Morgan County, Tennessee, INDIVIDUALLY and in their OFFICIAL CAPACITIES, and MORGAN COUNTY, TENNESSEE, <br><br> Defendants. | No. 3:05-CV-459 <br> (Shirley) |

## JUDGMENT ON DECISION BY THE COURT

This action came on for trial before the Court, Honorable C. Clifford Shirley, Jr., United States Magistrate Judge, presiding, and the issues having been tried and a decision having been rendered,

It is **ORDERED and ADJUDGED** that the plaintiffs Travis Armes, Gregory Lee Adkisson, Jeremiah Norman, Gary Mitchell Davis, and Travis L. Conlon take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants Michael Wren, Deputy for the Morgan County, Tennessee Sheriff's Department, individually and in his official capacity; Robert Gibson, Sheriff of Morgan County, Tennessee, individually and in his official capacity; and Morgan County, Tennessee recover of the plaintiffs Travis Armes, Gregory Lee

Adkisson, Jeremiah Norman, Gary Mitchell Davis, and Travis L. Conlon the defendants' costs of this action.

Dated at *Knoxville, Tennessee*, this 13th day of April, 2007.


*/s/ Patricia L. McNutt*
PATRICIA L. McNUTT
CLERK OF COURT